Horace B. Claflin and others, Respondents, v. Wesley Millspaugh and another, Appellants. — On stipulation and consent in open court, ordered, that the case herein be amended by inserting therein the statement that it contains all the evidence given on the trial. On filing this order in the office of the clerk of Chautauqua county, said clerk is authorized to insert such statement in the case with the same

effect as if it had been made before the hearing and decision in said case in this court.